# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Global Material Technologies, Inc.

                                 Plaintiff,

v.                                                             Case No.: 1:12–cv–01851
                                                                        Honorable Manish S. Shah

Dahzeng Metal Fibre CO, LTD, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for order to Remove the "Attorneys' Eyes Only" Designations on Certain Documents Produced by Tru Group [238] is granted. Plaintiff's motion to Remove the "Attorneys' Eyes Only" Designations on Certain Documents Produced by Third–Party Federal–Mogul Holdings Corporation [246] is granted in part and denied in part. Enter Memorandum Opinion and Order. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.